**Order entered May 13, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00363-CV
### No. 05-22-00364-CV
### No. 05-22-00365-CV

## IN RE JAMES CORNELIOUS KIRK, Relator

**Original Proceeding from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F16-59404-M, F16-59405-M, & F16-59406-M**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE